**JUDGE CROTTY**         12 CV 3364

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TORKAN MAHAM,
                              Plaintiff
     -against-                                    Complaint
                                                  and
                                                  Jury Demand
THE CITY OF NEW YORK,
POLICE OFFICER JOHN BOYCE, and
POLICE OFFICER ORLANDO of the
NEW YORK CITY POLICE DEPARTMENT,
                              Defendant(s),
----------------------------------------x

## PRELIMINARY STATEMENT

1.   This is an action for monetary damages (compensatory and punitive) against The City of New York, Police Officer John Boyce, and Police Officer Orlando of the New York City Police Department (NYPD), arising out of the false arrest, false imprisonment, malicious prosecution, and assault and battery of Torkan Maham.

2.   On April 24, 2010, Police Officers John Boyce and Orlando of the NYPD and other members of the NYPD, acting under the color of state law, intentionally and willfully subjected Plaintiff to, *inter alia*, false arrest, false imprisonment and detention, malicious prosecution and assault and battery for acts of which Plaintiff was innocent. This unconstitutional and unreasonable seizure of the plaintiff and her property was in violation of Plaintiff's rights under the Fourth and Fourteenth Amendments of the United States Constitution.

1

3. The Plaintiff, Torkan Maham, through her attorneys, complaining of the defendants, respectfully alleges:

## JURISDICTION

4. This action is brought under 28 U.S.C. §§ 1331 and 1343, 42 U.S.C. §§ 1983, 1985 and 1988 and the Fourth, Fifth and Fifteenth Amendments to the Constitution of the United States. Pendant Jurisdiction, pendant party jurisdiction, and supplementary jurisdiction over Plaintiff's state law claims is asserted.

5. The amount in controversy exceeds $75,000.00 excluding interest and costs.

6. Venue is laid within the United States District Court for the Southern District of New York in that the claims alleged in the complaint occurred within the boundaries of the Southern District of New York, particularly New York County.

## PARTIES

7. Plaintiff at all times relevant hereto resided in the City and State of New York, County of New York.

8. That at all times hereinafter mentioned, and upon information and belief, the defendant City of New York was at all times relevant hereto, a municipal corporation duly organized and existing under the laws, statutes and charters of the State of New York.

9. The NYPD was at all times relevant hereto, an agency of the defendant The City of New York.

10. That at all times hereinafter mentioned, and on information and belief, the defendant Police Officers John Boyce Orlando were at all times relevant hereto, employees of the defendant City of New York, as police officers employed by the NYPD.

11. At all times mentioned herein, defendants were acting under color of state and local law, to wit, under color of statutes, ordinances, regulations, policies, customs and usages of the City of New York and the State of New York.

12. That at all times hereinafter mentioned, and upon information and belief, the individual defendants are named herein both personally and in their official representative capacities as police officers employed by the defendant City of New York.

13. And that each and all of the acts of the individual defendants alleged herein were done by the individual defendants and each of them under cover and pretense of the statutes and laws of the State of New York, and under and by virtue of their authority as police officers and employees of defendant, The City of New York.

14. That as a result of the foregoing, the defendant, The City of New York, is liable for the individual defendants' acts under to the doctrine of "respondeat superior."

## NOTICE OF CLAIM

15. Within 90 days of the occurrence of the incident, Plaintiff filed a written Notice of Claim with the City of New York. This matter has not been settled or otherwise disposed of.

## FACTUAL ALLEGATIONS

16. On April 24, 2010, at approximately 12:00 p.m., members of the New York City Police Department, including defendant-officers Boyce and Orlando, at or around 352 East 55th Street, New York, New York, forcefully arrested Plaintiff and removed her to the 17th Precinct where Plaintiff remained until she was released from New York County Criminal Court at 100 Centre Street, New York, NY.

17. In the process of arresting Plaintiff, Defendants Boyce and Orlando pushed Plaintiff and injured Plaintiff's back and leg.

18. Defendants Boyce and Orlando also locked Plaintiff's dog in the bathroom.

19. As a result, defendants imprisoned and detained Plaintiff, restrained her, and deprived her of her liberty and property without any right to do so, and against the will of Plaintiff.

20. The arrest of Plaintiff was committed by the defendants without legal process and without probable cause.

21. Plaintiff remained in custody for approximately 24 hours.

22. Defendants acted maliciously and intentionally.

23. As a direct and proximate result of the acts of defendants, Plaintiff suffered injuries including but not limited to, embarrassment, humiliation, loss of liberty, psychological and physical injury, pain, suffering, emotional distress, mental anguish, and out-of-pocket expenses totaling $12,000.00 to an attorney and private investigator.

24. Moreover, Plaintiff was so distraught from the arrest that she was unable to work for approximately two months after the arrest.

25. Plaintiff's case was dismissed on June 14, 2010, on motion by the New York County District Attorney's Office.

### FIRST CLAIM FOR RELIEF
### (FALSE ARREST AND ILLEGAL IMPRISONMENT)

26. Paragraphs 1 through 25 are herein incorporated by reference.

27. Defendants Boyce and Orlando subjected Plaintiff to false arrest, imprisonment, and deprivation of liberty without probable cause.

28. Defendants have deprived Plaintiff of her civil, constitutional and statutory rights and have conspired to deprive her of such rights and are liable to plaintiff under 42 U.S.C. §§ 1983 and 1985 and the New York State Constitution.

29. As a result of the false arrest, imprisonment, and deprivation of liberty, plaintiff was damaged in the sum of Five Million ($5,000,000.00) Dollars.

WHEREFORE, plaintiff demands judgment against the defendants, jointly and severally as follows:

A. In favor of the plaintiff in the amount of One Million ($5,000,000.00) Dollars;

B. Awarding plaintiff punitive damages in the amount of Five Million ($5,000,000.00) Dollars;

C. Awarding plaintiff reasonable attorney's fees, costs and disbursements of this action; and

D. Granting such other and further relief as this Court deems just and proper.

## SECOND CLAIM FOR RELIEF
### (MUNICIPAL LIABILTY)

30. Paragraphs 1 through 29 are incorporated herein by reference.

31. Defendant City of New York is liable for the damages suffered by Plaintiff as a result of the conduct of its employees, agents, and servants.

32. Defendant City of New York knew or should have known of their employees', agents', or servants' propensity to engage in the illegal and wrongful acts detailed above.

33. Upon information and belief, defendants and their supervisors have in the past falsely arrested individuals without probable cause, and made, and allowed other fellow police officers to make false entries in official police department records to cover up and hide their wrongful conduct

34. Defendant City of New York has failed to take steps necessary to discipline, train, supervise or otherwise correct the improper, illegal conduct of the individual defendants in this and in similar cases involving misconduct

35. Defendant City of New York has damaged the Plaintiff by its failure to properly supervise, train, discipline, review, remove, or correct the illegal and improper acts of its employees, agents or servants in this and in similar cases involving police misconduct

36. Defendants subjected Plaintiff to false arrest and false imprisonment

37. Plaintiff has been damaged as a result of the wrongful, negligent and illegal acts of the defendant City of New York in the amount of Five Million ($5,000,000.00) Dollars.

WHEREFORE, plaintiff demands judgment against the defendants, jointly and severally as follows:

A. In favor of the plaintiff in the amount of Five Million ($5,000,000.00) Dollars;

B. Awarding plaintiff punitive damages in the amount of Five Million ($5,000,000.00) Dollars;

C. Awarding plaintiff reasonable attorney's fees, costs and disbursements of this action; and

D. Granting such other and further relief as this Court deems just and proper.

### THIRD CLAIM FOR RELIEF
### (FOURTH AMENDMENT)

38. Paragraphs 1 through 37 are incorporated herein by reference.

39. Defendants Boyce and Orlando illegally arrested and used excessive force on Plaintiff subjecting her to false arrest, imprisonment, and deprivation of liberty without probable cause.

40. That as a result of the foregoing, the plaintiff has been deprived of her following rights, privileges and immunities secured her by the constitution and the laws of the United States: the right to be secure in her person and effects against unreasonable search and seizure under the Fourth and Fourteenth Amendments; the rights of the plaintiff not to be deprived of life, liberty or property without due process of law under the Fourth and Fourteenth Amendments; and the right to be free from a deprivation of her civil rights in violation of the statutes made and provided.

41. Plaintiff has been damaged as a result of the wrongful, negligent and illegal acts of the defendants in the amount of Five Million ($5,000,000.00) Dollars.

WHEREFORE, plaintiff demands judgment against the defendants, jointly and severally as follows:

A. In favor of the plaintiff in the amount of Five Million ($5,000,000.00) Dollars;

B. Awarding plaintiff punitive damages in the amount of Five Million ($5,000,000.00) Dollars;

C. Awarding plaintiff reasonable attorney's fees, costs and disbursements of this action; and

D.   Granting such other and further relief as this Court deems just and proper.

### FOURTH CLAIM FOR RELIEF
### (FOURTEENTH AMENDMENT)

42.   Paragraphs 1 through 41 are incorporated herein by reference.

43.   Defendants Boyce and Orlando illegally arrested Plaintiff subjecting her to false arrest, imprisonment and deprivation of liberty without probable cause.

44.   That as a result of the foregoing, Plaintiff has been deprived of her following rights, privileges and immunities secured her by the constitution and the laws of the United States: the right to be secure in her person and effects against unreasonable search and seizure under the Fourth and Fourteenth Amendments; the rights of the plaintiff not to be deprived of life, liberty or property without due process of law under the Fourth and Fourteenth Amendments; and the right to be free from a deprivation of her civil rights in violation of the statutes made and provided.

45.   Plaintiff has been damaged as a result of the wrongful, negligent and illegal acts of the defendants the amount of Five Million ($5,000,000.00) Dollars.

WHEREFORE, plaintiff demands judgment against the defendants, jointly and severally as follows:

A.   In favor of the plaintiff in the amount of Five Million ($5,000,000.00) Dollars;

B. Awarding plaintiff punitive damages in the amount of Five Million ($5,000,000.00) Dollars;

C. Awarding plaintiff reasonable attorney's fees, costs and disbursements of this action; and

D. Granting such other and further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff demands a jury trial.

Dated: New York, New York
       April 27, 2012

BROMBERG LAW OFFICE, P.C.

By: Michael N. Litrownik
One of Plaintiff's Attorneys

Attorneys for Plaintiff
Brian L. Bromberg
Michael N. Litrownik
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, New York 10005
Telephone: 212-248-7906
Fax: 212-248-7908

Jonathan A. Fink
Fink & Katz, PLLC
40 Exchange Place, Suite 2010
New York, New York 10005
Telephone: 212-385-1373
Fax: 212-202-4036